■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD JOHNSON, Appellant. [701 NYS2d 629] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 26, 1998 (People v Johnson, 254 AD2d 499), affirming a judgment of the Supreme Court, Kings County, rendered May 24, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Mangano, P. J., Ritter, Santucci, S. Miller and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY KITCHENS, Appellant. [701 NYS2d 630] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Giaccio, J.), rendered July 8, 1998, convicting him of burglary in the third degree and petit larceny, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the court erred in not giving a circumstantial evidence charge is not preserved for appellate review (see, CPL 470.05 [2]; People v Seaberry, 244 AD2d 581, 582; People v Burgos, 170 AD2d 689), and we decline to reach it in the exercise of our interest of justice jurisdiction.

The defendant's sentence was not excessive (see, People v Taylor, 155 AD2d 630, 631; People v Suitte, 90 AD2d 80, 86).

The defendant's remaining contentions are without merit. O'Brien, J. P., Friedmann, Florio and H. Miller, JJ., concur.